IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WILLIAM S. RIEG II,            )
                               )
            Plaintiff,         )
                               )   Civil No. 04-1502-CO
    v.                         )
                               )   ORDER
JOANNE B. BARNHART,            )
Commissioner of Social Security)
                               )
            Defendant.         )
_____)

Magistrate Judge John P. Cooney filed Findings and Recommendation on October 17, 2005, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc.,

1    - ORDER

656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Defendant has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Cooney's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Cooney's Findings and Recommendation filed October 15, 2005, in its entirety. The Commissioner's decision is reversed and remanded pursuant to sentence four of 42 U.S.C. §405(g) for the calculation and award of disability benefits from December 23, 1999, through August 31, 2001.

IT IS SO ORDERED.

DATED this 30th day of Nov., 2005.

Michael R. Hogan
UNITED STATES DISTRICT JUDGE

2 - ORDER