MERRILL SCHNEIDER, OSB # 77336
merrillschneider@schneiderlaw.com
Schneider Law Offices
14415 SE Stark St.
Portland, OR  97233-2153
(503) 255-9092
fax (503) 255-9145
Attorney for William S. Rieg II

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

WILLIAM S. RIEG II,

      Plaintiff,

                              CV 04-1502-CO

vs.

                              ORDER FOR EAJA FEES

JO ANNE B. BARNHART,
Commissioner of Social Security,

      Defendant.

      Based on the stipulation of the parties, it is hereby ORDERED that

attorney fees in the amount of $6138.00 and costs in the amount of $150 are

awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §

2412.  No other costs or expenses are awarded.

      DATED this 20th day of Dec. , 2005.

                         Michael R. Hogan
                         UNITED STATES DISTRICT JUDGE

Presented by:

s/ Merrill Schneider
Merrill Schneider    OSB# 77336
503-255-9092
Attorney for Plaintiff